# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| PRINCIPAL FINANCIAL SERVICES, INC.<br>*Plaintiff(s)* | ) | |
| v. | | 17-cv-81172-WPD |
| PRINCIPAL MANAGEMENT PARTNERS L.P. and PRINCIPAL MANAGEMENT PARTNERS GP, INC.,<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PRINCIPAL MANAGEMENT PARTNERS GP, INC.
CORPORATION SERVICE COMPANY, REGISTERED AGENT
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jaime Rich Vining, Esq.
Friedland Vining, P.A.
9100 S. Dadeland Blvd., Suite 1620
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 19, 2017

Steven M. Larimore
Clerk of Court

*s/ Juan Ulacia*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

PRINCIPAL FINANCIAL SERVICES, INC.

*Plaintiff(s)*

v.

PRINCIPAL MANAGEMENT PARTNERS L.P. and
PRINCIPAL MANAGEMENT PARTNERS GP, INC.,

*Defendant(s)*

17-cv-81172-WPD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PRINCIPAL MANAGEMENT PARTNERS L.P.
CORPORATION SERVICE COMPANY, REGISTERED AGENT
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jaime Rich Vining, Esq.
Friedland Vining, P.A.
9100 S. Dadeland Blvd., Suite 1620
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 19, 2017

Steven M. Larimore
Clerk of Court

*s/ Juan Ulacia*
Deputy Clerk
U.S. District Courts